```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-78
```

**MEMO ENDORSED**

Johnnie Charles, 16-A-0405
Fishkill Correctional Facility
271 Matteawan Road
Post Office Box 1245
Beacon, New York 12508-0307

June 26, 2018

Honorable Vincent L. Briccetti, United States District Judge
United States District Court
Southern District of New York
Federal Building - United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE: JOHNNIE CHARLES v. Rockland County Sheriff, et al.
    Civil Lawsuit Case Docket No: 16-CV-0166 (VB)(LMS)

Dear Honorable Briccetti:

I am in receipt of Defendant Richard McNichol's Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment with exhibits dated June 8, 2018.

Pursuant to the Schedule Order set forth by the Court dated April 16, 2018, Motions for summary judgment were to be filed the defendants on May 16, 2018. Defendant Richard McNichol never requested an extension of time to the Court for his unnecessary delay. Defendant Richard McNichol should be accountable for failure to obey the Court's Order March 12, 2018 (Doc. #165) within unnecessary delay of May 16, 2018.

Plaintiff JOHNNIE CHARLES respectfully request a conference with the Court for the purpose of resolving the dispute issue.

Enclosed please Defendant Richard McNichol's Envelope within Postage Stamp and Fishkill Correctional Facility's Mailroom Stamp Date.

Thank you for your time and consideration.

Very truly yours,

Johnnie Charles, Pro Se Litigant

cc: file
   Sussman & Associates, Attorneys for Defendant
   j/c

**APPLICATION DENIED**
**SO ORDERED:**

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 7/5/18
White Plains, NY

Plaintiff's request for a conference is DENIED as plainly without merit. On 5/10/18, the Court extended the time for defendants to move for summary judgment to 6/1/18. (Doc. #178). This included McNichol. McNichol's motion was timely served and filed on 5/31/18. Plaintiff is advised not to burden the Court with further frivolous applications.

The Clerk is instructed to mail a copy of this order to plaintiff.